
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO.: 04-00011-001 |
| Plaintiff, | ) | |
| vs. | ) | **TERMINATION ORDER** |
| QING DI HU | ) | |
| Defendant. | ) | |

**Re: Successful Completion of Supervised Release.**

On August 3, 2004, Qing Di Hu was sentenced by the Honorable John C. Coughenour to time served and one year supervised release for Improper Entry by an Alien, in violation of 8 U.S.C. §§1325(a)(1) and (2). Ms. Hu was ordered comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; and that she shall be turned over to a duly authorized immigration official for deportation proceedings, pursuant to 18 U.S.C. § 3583(d), and with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. §1101. As a further condition of supervised release, if ordered deported, Ms. Hu was to remain outside and shall not re-enter the United States without the permission of the Attorney General. If deportation failed to occur and she is pending further immigration proceedings, she shall immediately report to the U.S. Probation Office to begin her term of supervised release.

On December 9, 2004, Ms. Hu was granted asylum. On January 20, 2005, she reported to the U.S. Probation Office to commence her one year supervised release term. Ms. Hu has been compliant during her supervision term. On February 3, 2005, she paid her $10 special assessment fee. In July 2005, she secured employment as a waitress at the Ritz Lounge in Tumon.

**ORIGINAL**

TERMINATION ORDER
Successful Completion of Supervised Release
Re: HU, Qing Di
USDC Cr. Cs. No. 04-00011-001

Ms. Hu's supervised release term expired on August 2, 2005. The U.S. Probation Office has closed its interest in this case.

RESPECTFULLY submitted this 19TH day of August 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *(signed)* JUDY ANNE L. OCAMPO
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

*(signed)*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Office
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
Richard Arens, AFPD
File

*******************************************************************************

IT IS SO ORDERED this 25th day of August 2005, that Qing Di Hu be discharged from supervised release and that the proceeding in the case be terminated.

8/25/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

RECEIVED
AUG 24 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM